UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW MONTGOMERY, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-00100-TLN-EFB<br><br>**ORDER** |

　　　　Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 11, 2023, the Court denied Plaintiff's application for leave to proceed in forma pauperis and granted Plaintiff fourteen days within which to pay the $402 filing fee for this action. (ECF No. 8.) Plaintiff was warned that failure to pay the filing fee within fourteen days would result in the dismissal of this action. (*Id.*) Plaintiff has not paid the fee.

　　　　Accordingly, IT IS ORDERED that this action is DISMISSED. The Clerk of Court is directed to close the case.

//

//

1

Date: June 12, 2023

_____
Troy L. Nunley
United States District Judge